STATE OF NORTH CAROLINA v. HOMER MACK GUFFEY

No. 7215SC681

(Filed 25 October 1972)

APPEAL by defendant from *Bailey, Judge,* 28 February 1972 Session of Superior Court held in ORANGE County.

Defendant was convicted in the District Court of Orange County under a warrant charging him with operating a vehicle while his driver's license was permanently revoked, and also, with a fourth offense of operating a vehicle on a public highway while under the influence of intoxicating liquor. He appealed to the Superior Court and entered a plea of not guilty to both charges. The jury found him guilty as charged of the offense of operating a motor vehicle while his driver's license was permanently revoked, and guilty (as for a first offense) of operating a vehicle while under the influence of intoxicating liquor. Appeal is from judgments imposing active prison sentences in each case.

*Attorney General Morgan by Assistant Attorney General Melvin and Assistant Attorney General Ray for the State.*

*Charles Lawrence James for defendant appellant.*

GRAHAM, Judge.

We have carefully reviewed all of defendant's contentions which are properly before us and find them without merit.

No error.

Judges VAUGHN and HEDRICK concur.